Argued and submitted May 12, reversed and remanded for reconsideration
October 6, 1993

In the Matter of the Compensation of
Jimmy L. Holsapple, Claimant.

Jimmy L. HOLSAPPLE,
*Petitioner,*

*v.*

Donald Thomas OSBORN
and Liberty Northwest Insurance Corporation,
*Respondents.*

(WCB 91-12291; CA A76361)

860 P2d 825

◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼

Edward J. Harri, Eugene, argued the cause for petitioner. With him on the brief was Malagon, Moore, Johnson, Jensen & Correll, Eugene.

James McVittie, Portland, argued the cause and filed the brief for respondents.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Pacheco-Gonzales v. SAIF*, 123 Or App 312, 860 P2d 822 (1993).